# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          NO. 4:19-cr-00553-JM-01

RODOLFO REYES-VEGA                                                    DEFENDANT
    a/k/a Nicholas Navarro-Sierra

## ORDER

The government has filed a motion to dismiss indictment in this matter without prejudice. The motion is GRANTED. Document #19. The indictment is hereby dismissed without prejudice as to defendant Rodolfo Reyes-Vega.

IT IS SO ORDERED this 26th day of November, 2019.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE